CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 23 2015

JULIA G. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HIRALDO JESUS INGLESIAS,<br>    Plaintiff, | Civil Action No. 7:14-cv-00379 |
| | **MEMORANDUM OPINION** |
| v. | |
| | By:   Norman K. Moon |
| HAROLD CLARKE, et al,<br>    Defendant(s). | United States District Judge |

Hilrado Jesus Inglesias, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered May 29, 2015, the court directed plaintiff to submit within 7 days from the date of the Order indicating whether or not plaintiff would like to proceed with this action against defendant Dr. Tuason, the only remaining defendant in this action. If the court receives no response from Inglesias within the allotted time, the court will assume that Inglesias no longer wishes to pursue this action against defendant Dr. Tuason and will dismiss this action without prejudice. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 7 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 23rd day of June, 2015.

                                                    /s/ Norman K. Moon
                                                    United States District Judge