IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HIRALDO JESUS INGLESIS,<br>Plaintiff, | Civil Action No. 7:14-cv-00379 |
| v. | **DISMISSAL ORDER** |
| HAROLD CLARKE, *et al*,<br>Defendant(s). | By:  Norman K. Moon<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 23rd day of June, 2015.

United States District Judge